```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    RAMON BENJAMIN ZAPIEN-ZARARAS
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. CR-S-08-218 GEB
                                   )
13              Plaintiff,         ) STIPULATION AND [PROPOSED] ORDER
                                   ) CONTINUING STATUS CONFERENCE
14       v.                        )
                                   ) Date:  July 11, 2008
15  RAMON BENJAMIN ZAPIEN-ZARARAS, ) Time:  9:00 a.m.
         aka Ramon Zapien,         ) Judge: Garland E. Burrell, Jr.
16       aka Marcos Antonio Lopez, )
         aka Benjamin Lutero,      )
17       aka Jose Juan Daldivia,   )
         aka Ramon Zapien Zarraras,)
18                                 )
                Defendants.        )
19  _____)
```

20       It is hereby stipulated between the parties, Daniel S. McConkie,

21  Assistant United States Attorney, attorney for plaintiff, and Mary M.

22  French, Supervising Assistant Federal Defender, attorney for defendant,

23  Ramon Benjamin Zapien-Zararas, that the Status Conference hearing date

24  of June 20, 2008, is vacated and a new Status Conference hearing date

25  of July 11, 2008, at 9:00 a.m. is hereby set.

26       Defense counsel has received a pre-plea presentence report and

27  will need additional time to review it and for the government to

28  prepare a plea offer.

It is further stipulated that the period from June 20, 2008, through and including July 11, 2008, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  June 19, 2008                Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender


                                     /s/ Mary M. French
                                     MARY M. FRENCH
                                     Supervising Assistant
                                     Federal Defender
                                     Attorney for Defendant
                                     Ramon Benjamin Zapien-Zararas


Dated:  June 19, 2008                MCGREGOR W. SCOTT
                                     United States Attorney


                                     /s/ Mary M. French for
                                     DANIEL S. McCONKIE
                                     Assistant U.S. Attorney
                                     per telephonic authorization


IT IS SO ORDERED.

Dated:  June 20, 2008


                                     _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

Stip and Order/Allen                 2