UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

RE: ZAPIEN-ZARARAS, Ramon
Docket Number: 2:08CR00218-01
**REQUEST FOR DISMISSAL OF PETITION**

Your Honor:

On March 3, 2011, a petition was filed in this case alleging violations of the conditions of supervised release.

Further investigation has revealed the releasee was arrested by U.S. Customs Officers at the San Ysidro Port of Entry after inquiring about coming across the border and into the United States to attend his father's funeral. When officers checked his records, a Stanislaus County warrant was discovered, resulting in his arrest. This warrant was for criminal activity which preceded the instant offense in this case, and thus does not constitute a violation of supervised release.

Additionally, the releasee was brought into the United States by Customs officers only after his inquiry about re-entering for his father's funeral. He appears to have been forthcoming regarding his identity, and was simply trying to gain lawful entry at the time of his arrest.

1

Rev. 11/2009
MEMO ~ COURT.MRG

RE: ZAPIEN-ZARARAS, Ramon
Docket Number: 2:08CR00218-01
**REQUEST FOR PETITION DISMISSAL**

In view of the above, it is respectfully recommended the Petition for Warrant or Summons filed with the Court on March 11, 2011, be dismissed, and the releasee be ordered released to the ICE hold for immediate deportation.

Respectfully submitted,

*/s/ Jeffrey C. Oestreicher*

JEFFREY C. OESTREICHER
**Supervising United States Probation Officer**

Dated: April 4, 2011
Sacramento, California
JCO/sda

cc: Michele Beckwith
Assistant United States Attorney

Rachelle Barbour
Assistant Federal Defender

AGREE: ✓     DISAGREE: _____

*/s/ Garland E. Burrell, Jr.*     4-4-11
GARLAND E. BURRELL, JR.     DATE
United States District Judge

Rev. 11/2009
MEMO ~ COURT.MRG