FILED
APR - 4 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
            Plaintiff,     )   Case No. 2:08-cr-00218
                           )
        v.                 )   ORDER FOR RELEASE OF PERSON
                           )   IN CUSTODY
RAMON ZAPIEN-ZARARAS,      )
            Defendant.     )
_____)

TO UNITED STATES MARSHALL:

    In light of the United States Probation Office's April 4, 2011 Request for Petition Dismissal, the March 11, 2011 Petition alleging a violation of a condition of Ramon Zapien-Zararas' supervised release is dismissed, and Ramon Zapien-Zararas is released from his "No Bail" status under the Petition, but this release order does not affect any hold to which he may currently be subjected.

Dated: April 4, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

COPY